IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL P. CHECKA<br>5836 Rexford Drive<br>Springfield, Virginia 22152,<br><br>　　　　　Plaintiff<br>vs.<br><br>RITE AID CORPORATION<br>30 Hunter Lane<br>Camp Hill, Pennsylvania 17011<br>Serve:<br>CT Corporation<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, D.C. 20005<br><br>　　　　　Defendant. | C.A. No.:<br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR DISCRIMINATION UNDER TITLE VII

Plaintiff, Michael P. Checka, by undersigned counsel, hereby brings this Complaint against Defendant, Rite Aid Corporation, for racial discrimination, pursuant to the provisions of Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, 42 U.S.C. §§ 2000e, et seq., and in support thereof alleges as follows:

### JURISDICTION AND VENUE

1. This Honorable Court has jurisdiction over this matter that is brought pursuant to provisions of 42 U.S.C. §§ 2000e, et seq. and venue is proper in the District of Columbia in that Defendant transacts and at all times concerned herein did transact

business in the District of Columbia and all actions complained of herein took place in the District of Columbia.

## PARTIES

2. Plaintiff, Michael P. Checka, (hereinafter "Plaintiff") is an adult, Caucasian male residing in the Commonwealth of Virginia and, at all times concerned herein, was a licensed Pharmacist in the District of Columbia employed by Defendant, Rite Aid Corporation.

3. Defendant, Rite Aid Corporation, (hereinafter "Rite Aid" or "Defendant") is a corporation that is authorized to transact business in the District of Columbia and does transact business in the District of Columbia on a regular basis.

## FACTUAL BACKGROUND

4. In or about February 2005, Plaintiff was employed as a pharmacist at the Rite Aid store located at 1815 Connecticut Avenue, N.W., Washington, D.C. 20009 and had been so employed for many years.

5. On or about February 5, 2005, another employee at the store, one Alene Ashenafi, who is a black, native African male, complained that Plaintiff had struck him during a confrontation in a storeroom in the back of the store. Plaintiff denied any such striking and contended that Mr. Ashenafi, who had a reputation for taunting and mischievous conduct in the workplace, fell over some boxes in the storeroom and sustained a bleeding nose, as Plaintiff went in to use the men's room located there.

6. Despite Plaintiff's absolute denial of any assault, the police were called and he was arrested. The case was "no papered" by the United States Attorney and all charges were dropped without a formal complaint being filed.

7. Despite this fact and despite the fact that the only witness to the incident, an elderly customer, who had entered the storeroom at the time to use the bathroom, verified that Plaintiff did not strike or otherwise physically threaten Mr. Ashenafi, Plaintiff was suspended and ultimately discharged on or about February 20, 2005. Upon information and belief, no adverse action was taken against Mr. Ashenafi based upon the wrongful accusation or otherwise as a result of the incident.

8. All efforts by Plaintiff, through his counsel, to obtain reinstatement were fruitless, despite sworn statements from the above witness and other employees and witnesses whose statements corroborated those of Plaintiff, both as to the events of that day, the general professional decorum and peaceful conduct of Plaintiff in discharging his duties as pharmacist and the mischevious and belligerent nature of his accuser.

## CAUSE OF ACTION

### (Discrimination based on Disparate Treatment)

9. Plaintiff repeats and reiterates each allegation set forth above in paragraphs 1 through 8 of the Complaint.

10. Pursuant to the provisions of 42 U.S.C. §§ 2000e et seq., it is unlawful for an employer to …"discharge any individual or to otherwise discriminate against any individual with respect to his… privileges of employment because of such individual's race…"

11. Several months before the termination of Plaintiff, at another Rite Aid store in the District of Columbia, a black native African pharmacist named Steve Obidike was accused by a female employee of striking her in that store. That pharmacist was likewise arrested and shortly thereafter the case was "no papered" by the United States Attorney and all charges were dismissed. That black employee received a two-week suspension and was returned to full duty thereafter.

12. Plaintiff alleges that Defendant has treated him less favorably than his peers because of his race, which is Caucasian. Plaintiff believes that this disparate treatment by Defendant is the result of an intent to discriminate against Plaintiff on the basis of his race.

13. Defendant has engaged in disparate treatment against Plaintiff as an act of reverse discrimination, Plaintiff being a Caucasian male and the other peer pharmacist similarly situated being black, as well as is the individual who falsely accused Plaintiff.

14. Plaintiff has exhausted his administrative remedies at the state and federal level and has received a "Right to Sue" letter from the U.S. Equal Employment Opportunity Commission, which letter is dated October 20, 2006 and was received by Plaintiff on October 22, 2006. (Copy attached as Exhibit 1.)

WHEREFORE, Plaintiff respectfully demands judgment against Defendant as follows:

1. Full reinstatement and retroactive promotions to which he would have been entitled;

2. Full back pay consisting of salary loss, lost overtime, shift differential and fringe and other benefits;

3. All costs and reasonable attorney's fees incurred by Plaintiff; and

4. Such other and further relief as the Court deems just and proper.

**Plaintiff demands a jury trial on all issues.**

Respectfully submitted,

*/s/ Robert F. Condon*

Robert F. Condon, Bar No. 108290
818 18th Street, N.W., Suite 410
Washington, D.C. 20006
(202) 861-0070
Fax (202) 861-0070
E-Mail rfcondon@artabane-belden.com

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Michael P. Checka<br>5836 Rexford Drive<br>Springfield, VA 22152 | From: Washington Field Office - 570<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10C-2006-00061 | David Gonzalez,<br>State & Local Coordinator | (202) 419-0714 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Dana R. Hutter* (signature)

OCT 2 0 2006

Enclosure(s)

Dana Hutter,
Director

(Date Mailed)

cc: Marilyn -. McClure-Demers
Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011



EXHIBIT
1

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

**DEFENDANTS**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Fairfax**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert F. Condon
818 18th St., NW
Washington, DC 20006 (202) 8610070

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Title VII - Disparate Treatment on Basis of Race

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 1/16/07   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.