UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL P. CHECKA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION and<br>RITE AID OF<br>WASHINGTON, D.C., INC.,<br><br>　　　　　Defendants. | Case No. 1:07CV00099 (GK)<br>Judge Gladys Kessler |

**DEFENDANT RITE AID OF WASHINGTON, D.C., INC.'S
CORPORATE DISCLOSURE CERTIFICATE**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civ. R. 7.1 of the United States District Court for the District of Columbia, Defendant Rite Aid of Washington, D.C., Inc., through its undersigned counsel, certifies that it is a wholly-owned subsidiary of Rite Aid Corporation.[1] No other publicly-held company owns 10% or more of Rite Aid of Washington, D.C., Inc.'s stock.

Dated: May 14, 2007

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Katherine E. Bierma Pregel
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 486615
　　　　　　　　　　　　　　　　　　　1150 17th Street, N.W. Suite 900
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　(202) 842-3400 (telephone)
　　　　　　　　　　　　　　　　　　　(202) 842-0011 (facsimile)
　　　　　　　　　　　　　　　　　　　kbpregel@littler.com

---

[1] Rite Aid Corporation has been incorrectly identified as a Defendant in this case. The correct Defendant is Rite Aid of Washington, D.C., Inc.

Theodore A. Schroeder
(*Pro Hac Vice* pending)
Littler Mendelson, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, Pennsylvania 15222
(412) 201-7600 (telephone)
(412) 774-1959 (facsimile)
tschroeder@littler.com

Counsel for Defendant,
Rite Aid of Washington, D.C., Inc.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Defendant Rite Aid of Washington, D.C.'s Corporate Disclosure Certificate was served upon was served this served this 14th day of May via e-filing and by first class mail upon:

>Robert F. Condon, Esq.
>818 18th Street, N.E.
>Suite 410
>Washington, D.C. 20006
>
>Counsel for Plaintiff

>_____/s/_____
>Katherine E. Bierma Pregel