UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL P. CHECKA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RITE AID CORPORATION and  )<br>RITE AID OF  )<br>WASHINGTON, D.C., INC.,  )<br>)<br>Defendants.  ) | Case No. 1:07CV00099 (GK)<br>Judge Gladys Kessler |

## MOTION TO ADMIT THEODORE A. SCHROEDER *PRO HAC VICE*

NOW COMES Katherine E. Bierma Pregel, Esquire of Littler Mendelson, P.C., a member in good standing of the District of Columbia Bar and the United States District Court of the District of Columbia, and moves this court for an order admitting Theodore A. Schroeder of Littler Mendelson, P.C. to practice before this court *pro hac vice* in the above-referenced matter. In support of this motion, attached is the Declaration by the non-member, Theodore A. Schroeder, as required by Local Rule 83.2.

Dated:  May 14, 2007

Respectfully submitted,

LITTLER MENDELSON, P.C.

_____/s/_____
Katherine E. Bierma Pregel
D.C. Bar No. 486615
1150 17th Street, N.W.  Suite 900
Washington, D.C.  20036
(202) 842-3400 (telephone)
(202) 842-0011 (facsimile)
kbpregel@littler.com

Theodore A. Schroeder
(*Pro Hac Vice* pending)
625 Liberty Avenue, 26th Floor
Pittsburgh, Pennsylvania 15222
(412) 201-7600 (telephone)
(412) 774-1959 (facsimile)
tschroeder@littler.com

Counsel for Defendant,
Rite Aid of Washington, D.C., Inc.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL P. CHECKA,<br><br>          Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION and<br>RITE AID OF<br>WASHINGTON, D.C., INC.,<br><br>          Defendants. | Case No. 1:07CV00099 (GK)<br>Judge Gladys Kessler |

### DECLARATION OF THEODORE A. SCHROEDER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, THEODORE A. SCHROEDER, do hereby state as follows:

1. I am a shareholder with the law firm of Littler Mendelson, P.C. My office address is Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222-3110. My office telephone number is 412-201-7600.

2. I am admitted to the Bars of the Commonwealth of Pennsylvania and the State of West Virginia. I am also admitted to the Bars of the United States Courts of Appeals for the Third, Ninth and Eleventh Circuits, and the United States District Courts for the Eastern and Western Districts of Pennsylvania and the Northern and Southern Districts of West Virginia.

3. I am a member in good standing of each of the Bars identified above. There is no grievance pending against me in any jurisdiction, and I have never been reprimanded, suspended, disbarred, or resigned from the practice of law in any jurisdiction.

4.  I consent to be subject to the jurisdiction and rules of the District of Columbia Superior Court governing professional conduct and the local rules of the United States District Court for the District of Columbia.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 11, 2007

_____
Theodore A. Schroeder

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL P. CHECKA,            )<br>                              )<br>           Plaintiff,         )<br>                              )<br> v.                           )<br>                              )<br> RITE AID CORPORATION and     )<br> RITE AID OF                   )<br> WASHINGTON, D.C., INC.,      )<br>                              )<br>           Defendants.        )<br>                              ) | Case No. 1:07CV00099 (GK)<br>Judge Gladys Kessler |

## ORDER

Upon motion and for good cause shown, and pursuant to Local Rule 83.2, it is ordered that attorney Theodore A. Schroeder is hereby admitted *pro hac vice* in the above-captioned action. Katherine E. Bierma Pregel, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.2.

Dated: _____        _____
                                       U.S. District Judge Gladys Kessler

Copies to:

Robert F. Condon, Esq.
818 18th Street, N.E.
Suite 410
Washington, D.C. 20006

Counsel for Plaintiff
Michael P. Checka


Katherine E. Bierma Pregel, Esq.
Littler Mendelson, P.C.
1150 17th Street, N.W.
Suite 900
Washington, D.C. 20036

Theodore A. Schroeder, Esq.
Littler Mendelson, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, Pennsylvania 15222

Counsel for Defendant
Rite Aid of Washington, D.C., Inc.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Defendant's Motion for Admission *Pro Hac Vice* was served upon was served this served this 14th day of May via through electronic mail, via ECF Filing upon:

> Robert F. Condon, Esq.
> 818 18th Street, N.E.
> Suite 410
> Washington, D.C. 20006
>
> Counsel for Plaintiff

>              /s/
> _____
> Katherine E. Bierma Pregel