UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL P. CHECKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RITE AID CORPORATION, ) <br> ) <br> Defendant. ) | Case No. 1:07CV00099 (GK) <br> Judge Gladys Kessler |

**REQUEST TO PARTICIPATE IN SCHEDULING CONFERENCE VIA TELEPHONE**

Counsel for Defendant Rite Aid of Washington, D.C. ("Defendant"), Theodore A. Schroeder, hereby requests permission to participate in the Initial Scheduling Conference, scheduled for June 4, 2007 at 10 a.m., in the above-referenced matter via telephone. Mr. Schroeder makes this request to appear for the scheduling conference via telephone because his office is located in Pittsburgh, Pennsylvania. Mr. Schroeder was granted leave to appear *Pro Hac Vice* in this matter on May 14, 2007. His direct telephone number is 412-201-7624. Katherine E. Bierma Pregel, co-counsel for Defendant, will appear for the scheduling conference in person. Counsel for Plaintiff consents to this request.

Dated: May 15, 2007

Respectfully submitted,

LITTLER MENDELSON, P.C.

_____/s/_____
Katherine E. Bierma Pregel
D.C. Bar No. 486615
1150 17th Street, N.W. Suite 900
Washington, D.C. 20036
(202) 842-3400 (telephone)
(202) 842-0011 (facsimile)
kbpregel@littler.com

Theodore A. Schroeder
(Admitted *Pro Hac Vice*)
625 Liberty Avenue, 26th Floor
Pittsburgh, Pennsylvania 15222
(412) 201-7600 (telephone)
(412) 774-1959 (facsimile)
tschroeder@littler.com

Counsel for Defendant,
Rite Aid of Washington, D.C., Inc.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Defendant's Request to Participate in Scheduling Conference Via Telephone was served upon was served was served through electronic mail, via ECF Filing, this 15th day of May, 2007, upon:

>Robert F. Condon, Esq.
>818 18th Street, N.E.
>Suite 410
>Washington, D.C. 20006
>
>Counsel for Plaintiff

>_____/s/_____
>Katherine E. Bierma Pregel

Firmwide:82469296.1 053348.1003