## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL P. CHECKA** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No.: 07-00099 (GK)** |
| | ) | **Judge Gladys Kessler** |
| **RITE AID CORPORATION,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### <u>PRAECIPE</u>

Plaintiff Michael P. Checka, by undersigned counsel, hereby requests that the

Court enter a dismissal of all claims against Defendant Rite Aid Corporation, in the

instant action.  All claims remain against Defendant Rite Aid of Washington, D.C., Inc.


Respectfully submitted,


__/s/ Robert F. Condon_____
Robert F. Condon, Esq.
D.C. Bar No. 108290
818 18th Street, N.W., Suite 410
Washington, D.C. 20006
(202) 861-0070
Fax No. (202) 861-2939
rfcondon@artabane-belden.com

Counsel for Plaintiff, Michael Checka

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe was served by U.S. Mail, postage prepaid, this 16th day of July, 2007 on:

Katherine E. Bierma Pregel
Littler Mendelson, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C. 20036

Theodore A. Schroeder
Littler Mendelson, P.C.
625 Liberty Avenue, 26th Floor
Pittsburg, PA 15222


    __/s/ Robert F. Condon_____
    Robert F. Condon