UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL P. CHECKA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RITE AID OF )<br>WASHINGTON, D.C., INC., )<br>)<br>Defendant. )<br>) | Case No. 1:07CV00099 (GK)<br>Judge Gladys Kessler |

### JOINT MOTION REQUESTING EXTENSION OF TIME TO SERVE WRITTEN DISCOVERY

Defendant, Rite Aid of Washington, D.C., Inc., and Plaintiff, Michael P. Checka, by their undersigned counsel, hereby submit this Joint Motion Requesting an Extension of Time to Serve Written Discovery.

Pursuant to the Scheduling Order issued by the Court in this case on June 4, 2007, the deadline for serving written discovery requests is July 15, 2007. The parties are engaged in continuing discovery. The parties have exchanged Rule 26(a) disclosures and witness lists. Defendant has served Plaintiff with interrogatories and discovery requests and Plaintiff's deposition has been scheduled. However, the parties require a brief extension of time to serve additional written discovery.

No party will be prejudiced by this extension, nor will the close of discovery or any other deadline be impacted.

Counsel for Plaintiff has agreed that counsel for Defendant may sign his name to this Motion.

For the reasons stated above, and for good cause shown, the parties respectfully request

that the Court grant this Joint Motion and grant an extension of time until August 6, 2007 for the parties to serve written discovery.

Dated: July 16, 2007

/s/
Katherine E. Bierma Pregel
D.C. Bar No. 486615
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC 20036
202.842.3400 (telephone)
202.842.0011 (facsimile)
kbpregel@littler.com

Theodore A. Schroeder
(Admitted *Pro Hac Vice*)
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, Pennsylvania 15222
(412) 201-7600 (telephone)
(412) 774-1959 (facsimile)
tschroeder@littler.com

Counsel for Defendant
Rite Aid of Washington, D.C., Inc.

Dated: July 16, 2007

/s/
Robert F. Condon
D.C. Bar No. 108290
818 18th Street, N.E.
Suite 410
Washington, D.C. 20006
(202) 861-0070 (telephone)
(202)861-2939 (facsimile)
rfcondon@artabane-belden.com

Counsel for Plaintiff
Michael P. Checka

2.