UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **MICHAEL P. CHECKA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-99 (GK) |
| **RITE AID OF WASHINGTON, D.C., INC.,** | ) | |
| Defendant. | ) | |

### ORDER

A pretrial conference was held in this case on December 18, 2007. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that trial shall commence in this case on **July 7, 2008**; it is further

**ORDERED** that motions <u>in</u> <u>limine</u> are due by **May 15, 2008,** oppositions are due by **May 26, 2008,** and replies are due **June 3, 2008**; it is further

**ORDERED** that objections to trial exhibits are due by **February 1, 2008**; it is further

**ORDERED** that this case is referred to Magistrate Judge Kay for settlement purposes only, however, no settlement activity should occur before Magistrate Judge Kay prior to **February 15, 2008.**

A copy of the standing trial order shall issue separately.

December 18, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**