UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**MICHAEL P. CHECKA**,              )
                                   )
        Plaintiff,             )
                                   )
  v.                               )   Civil Action No. 07-99 (GK)
                                   )
**RITE AID OF WASHINGTON, D.C.,**   )
**INC.**,                           )
                                   )
        Defendant.             )
_____)

### ORDER

Plaintiff Michael Checka, a former employee of Rite Aid of Washington, D.C., Inc. ("Rite Aid"), brings this action against Rite Aid pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. This matter is before the Court on Defendant's Motion for Summary Judgment [**Dkt. No. 15**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [**Dkt. No. 15**] is **granted.**

This is a final appealable Order. See Fed. R. App. P. 4(a).

March 11, 2008
                                    /s/
                                    Gladys Kessler
                                    United States District Judge

**Copies to: Attorneys of record via ECF**